PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

## Petition for Warrant for Offender Under Supervision

Name of Offender: Anthony King                          Cr.: 01-00072-01

Name of Sentencing Judicial Officer: Honorable John C. Lifland, Senior U.S. District Judge

Date of Original Sentence: 05/21/01

Original Offense: Distribute and Possession with Intent to Distribute Cocaine

Original Sentence: 92 months imprisonment, 5 years supervised release.

Type of Supervision: Supervised release                 Date Supervision Commenced: 09/08/06

Assistant U.S. Attorney: Carolyn Murray                 Defense Attorney: Paul Escandon, Esq.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' On January 20, 2007, King was arrested by the Newark Police Department and charged with Possession of Cocaine within 500 feet of Public Housing, Possession of Heroin within 500 feet of Public Housing, Possession of Heroin, Possession of Heroin within 1000 feet of a School, and Possession of Heroin with Intent to Distribute. On that night, police observed the offender standing in a known narcotics trafficking area, and he was having a brief conversation with an unknown male. Police approached King, who threw a clear plastic ziplock bag to the ground. The baggie contained 39 vials of suspected cocaine and 11 envelopes of suspected heroin. Subsequently, the substances tested positive for cocaine and heroin. |
| 2. | The offender has violated the supervision condition which states ' **You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.** ' King did not work at legitimate employment during supervision. |

3.  The offender has violated the supervision condition which states ' **You shall notify the probation officer within 72 hours of any change of residence.**' In December 2006, King did not live at his reported residence and did not immediately notify his probation officer of the change. On December 27, 2006, the offender admitted that he failed to notify Probation of his change of address.

4.  The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' On January 20, 2007, King associated with felon Ana Camacho, who was dealing drugs. The offender conspired with Camacho in that he acted as her lookout and notified Camacho that the police were approaching prior to her arrest on narcotic distribution charges.

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer

Date: 2/5/07

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

2/20/07
Date