PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Anthony King               **Docket Number:** 01-00072-001
                                                 **PACTS Number:** 25165

**Name of Sentencing Judicial Officer:** HONORABLE William H. Walls, U.S. District Judge

**Date of Original Sentence:** 05/21/2001

**Original Offense:** Distribute and Possession with Intent to Distribute Cocaine

**Original Sentence:** 92 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised release          **Date Supervision Commenced:** 09/08/06

**9/11/07: Violation of Supervised Release:** 14 months prison, supervised release for a term of 1 year.

                                                 **Date Supervision Commenced:** 09/02/08

**Assistant U.S. Attorney:** Ronnell Wilson, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Lisa Mack, Assistant Federal Public Defender, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' King did not report to the probation officer as directed on January 5, January 23, January 28, February 2, and February 6, 2009, or on any date thereafter. King did not submit written supervision reports for December 2008 and January 2009 within five (5) days of each succeeding month or on any date thereafter. |

2.     The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' In January and February 2009, King did not live at his reported residence and did not immediately notify his probation officer of the change. The offender is an absconder; his whereabouts is unknown.

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer /
Intensive Supervision Specialist

Date: February 17, 2009

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

2-20-09
Date